UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-137 RSM |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |
| LENNIE HENNINGS, | ) ) ) | |
| Defendants. | ) ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the parties stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1
(Lennie Hennings; CR06-137 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the trial date for Lennie Hennings is extended from September 5, 2006 to January 16, 2007.  Pretrial motions shall be filed by December 7, 2006.

IT IS FURTHER ORDERED that the time between September 5, 2006 and January 16, 2007 shall be excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay pursuant to 18 U.S.C. § 3161(h).

DONE this _28_ day of August 2006.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for Lennie Hennings
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
nancy_tenney@fd.org

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2
(Lennie Hennings; CR06-137 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100